UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 15-2935-TJH(AGRx) | Date | JUNE 10, 2015 |
|---|---|---|---|

| Title | LANI INTERNATIONAL CORP., v. ATJX COMPANIES, INC., ET AL |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR.,  UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

In light of the notice of settlement, filed June 8, 2015, indicating that the case has settled in its entirety, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

By *July 13, 2015* the parties shall file either a proper stipulation and order for dismissal or judgment. Failure to timely file a stipulation and order for dismissal or judgment shall result in the dismissal of this action.   All pending hearings are now taken off calendar.

IT IS SO ORDERED.